# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALPHONSON V. FRAZIER II, | 8:20CV384 |
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| STATE OF NEBRASKA, | |
| Defendant. | |

Plaintiff has filed a second "Amended Rule 60 Motion for Relief from Judgment" (Filing 16), which, except for its lack of attachments, appears to be a duplicate of the "Amended Rule 60 Motion for Relief from Judgment" he filed on May 4, 2021 (Filing 13). That filing was denied for the same reasons as Plaintiff's original "Rule 60 Motion for Relief from Judgment" (Filing 10). See Memoranda and Orders entered on May 4, 2021 (Filings 14, 15). The pending motion likewise will be denied for the reasons stated in Filing 14.

IT IS THEREFORE ORDERED that Plaintiff's second "Amended Rule 60 Motion for Relief from Judgment" (Filing 16) is denied in all respects.

Dated this 6th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge